**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name: _ADAMS_ _HENRY_ _D_
    (Last)      (First)      (Middle Initial)

Prisoner Number: _CC15HG091_

Institutional Address: _901 Court Street Martinez CA 94553_

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

_Henry Descan Adams_
(Enter your full name.)

vs.

_Richmond Police Department_

(Enter the full name(s) of the defendant(s) in this action.)

Case No. _CV 18 1557 YGR (PR)_
(Provided by the clerk upon filing)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement _Martinez Detention Facility_

B. Is there a grievance procedure in this institution? YES ☒ NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure? YES ☐ NO ☒

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

    1. Informal appeal: _This issue can not be grievanced by this facility_

2. First formal level: _I wrote numerous of citizen complaints._

3. Second formal level: _I wrote the Contra Costa District Attorney office_

4. Third formal level: _I wrote numerous of letters to the U.S. Attorney 1301 Clay Street, Oakland CA, & I wrote F.B.I. San Francisco 13th Floor 450 Golden Gate Ave, San Francisco CA_

E. Is the last level to which you appealed the highest level of appeal available to you? CA

YES ☑   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.
_No review was offered._

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
_Henry Descan Adams_
_1487 Monterey St. Richmond_
_CA, 94804_

B. For each defendant, provide full name, official position and place of employment.
_Detective Ken Greco R.P.D._
_Detective Nichole Abetnko R.P.D._
_Officer F. T___ R.P.D._
_____ R.P.D._

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

### III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I Am currently being held on A number of Sexual charges & FAlse IMPRISONMENT charges, I did not committ. During The Investigation The Richmond Police Department, wrote FAlse Police Reports, Planted physical Evidence, such as Clothes From one of The Alledged victims, conducted Illegal SAlt Kit Exams, R.P.D. Also summitted FAlse pictures of The Alledged victim. In refused to bring Forward my PARole Records, & other Police Reports That clearly shows That I gave my PARole officer Two Dirty urine Test →
Please continue

### IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes. I AM Requesting That These Illegal Activities Be brought before The U.S. Attorney, For possible Federal charges & That I be compensated with 4.1 Million dollars. For Pain & suffering In Financial distress.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 3.4.18.

Date             Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

pg 2

### III. Statement of Claim continueous.

→ Within the time frame that both of the alledged sexual asault victims claimed to have been held capitive & agaist their will, and police reports that actually show me at a gas station also within the same time frame. These illegal activities resulting in a false arrest, & false imprisonment. A direct violation of my 14th Amendmant, my Thirteenth Amendmant & my 8th Amendmant.